AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHEMNT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

--- DEFENDANT - U.S ---
KENNETH L. FUDGE, JR.
a/k/a Kenneth L. Fudge, II

DISTRICT COURT NUMBER
CR08-0303 CW

FILED
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JAMES C. MANN, AUSA

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No     give date filed

DATE OF         ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:         Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR KENNETH L. FUDGE, JR.

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Distribution Of A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0303 CW**

KENNETH L. FUDGE, JR.,
a/k/a Kenneth L. Fudge, II

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) –
Distribution of Cocaine Base

---

A true bill.

_____ Foreman

Filed in open court this __7TH__ day of
__MAY 2008__.

_____ Clerk

Bail, $ _No bail arrest warrant._

Wayne D. Brazil    5-7-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11
                                          CR08-0303 CW
12 | UNITED STATES OF AMERICA,        ) No.
                                      )
13 |     Plaintiff,                   )  VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and
                                      )  841(b)(1)(B)(iii) – Distribution of Cocaine
14 | v.                               )  Base
                                      )
15 | KENNETH L. FUDGE, JR.,           )
         a/k/a Kenneth L. Fudge, II,  )
16                                    )  OAKLAND VENUE
                                      )
17 |     Defendant.                   )
                                      )
18
19                   I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine
                  Base)
22
23  On or about February 8, 2008, in the Northern District of California, the defendant,
24              KENNETH L. FUDGE, JR.,
                  a/k/a Kenneth L. Fudge, II,
25
26  did knowingly distribute a Schedule II controlled substance, namely, approximately 5.1 grams of
27  a mixture and substance containing a detectable amount of cocaine base in the form of "crack"
28  cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

INDICTMENT

1  COUNT TWO:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine
2                          Base)

3  On or about February 28, 2008, in the Northern District of California, the defendant,

4            KENNETH L. FUDGE, JR.,
          a/k/a Kenneth L. Fudge, II,

6  did knowingly distribute a Schedule II controlled substance, namely, approximately 5.6 grams of

7  a mixture and substance containing a detectable amount of cocaine base in the form of "crack"

8  cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

10  DATED: May 7, 2008                         A TRUE BILL.

12                                              _____
                                                FOREPERSON

13  JOSEPH P. RUSSONIELLO
    United States Attorney

16  _____
    W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

18  (Approved as to form: _____ )
                           AUSA J.C. MANN

INDICTMENT