| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3705 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-0303 |
| Plaintiff, | ) | SEALING APPLICATION AND SEALING ORDER |
| v. | ) | |
| KENNETH L. FUDGE, JR.,<br>  a/k/a Kenneth L. Fudge, II, | ) | |
| Defendant. | ) | |

The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the above-captioned case filed with the Court on May 7, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Bureau of Alcohol, Tobacco, Firearms, and Explosives). The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////

////

////

SEALING APPLICATION AND ORDER

1  WHEREFORE, I respectfully request that the Court issue an Order granting this
2  Application.

3

4  DATED: May 7, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on May 7, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Bureau of Alcohol, Tobacco, Firearms, and Explosives).

IT IS SO ORDERED.

DATED: 5-7-08

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER        -2-