

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

JAMES C. MANN
*Assistant United States Attorney*
*Telephone: (510) 637-3705*
*Facsimile: (510) 637-3724*
*E-Mail: James.C.Mann@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

June 12, 2008

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court, Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

Re: United States v. Kenneth L. Fudge, Jr.,
CR-08-0303 CW

Dear Magistrate Judge Brazil:

On June 12, 2008, the United States Attorney's Office filed a one count information in the above-referenced matter, alleging a single violation of Title 21, United States Code, Section 843(b). I respectfully request that this matter be added to Magistrate Judge Brazil's 10:00 a.m. criminal calendar on Wednesday, June 18, 2008 for arraignment on the information. Defense counsel, Rebecca Silbert, is aware of this request and is copied on this letter.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
JAMES C. MANN
Assistant United States Attorney

cc: Rebecca Silbert, Esq.