AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

VIOLATIONS: 21 U.S.C. § 843(b).

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum prison sentence: 4 Years
Maximum fine: $250,000
Maximum supervised release term: 1 Year
Mandatory special assessment: $100

### DEFENDANT - U.S.

▶ Kenneth L. Fudge, Jr.

DISTRICT COURT NUMBER
CR-08-0303 CW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
CR-08-0303 CW

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  James C. Mann, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0303 CW |
| Plaintiff, | ) | |
| | ) | VIOLATION: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking |
| v. | ) | |
| KENNETH L. FUDGE, JR., | ) | OAKLAND VENUE |
| a/k/a Kenneth L. Fudge, II, | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about February 4, 2008, in the Northern District of California, defendant,

KENNETH L. FUDGE, JR.,
a/k/a Kenneth L. Fudge, II,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a), specifically, distribution of a Schedule II controlled substance, namely, approximately 5.1 grams of a mixture and substance containing a

INFORMATION

1  detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United
2  States Code, Section 843(b).
3
4  DATED:     June 11, 2008                    JOSEPH P. RUSSONIELLO
                                                United States Attorney
5
6                                               W. DOUGLAS SPRAGUE
7                                               Chief, Oakland Branch
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION
                                        2