O AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

# UNITED STATES DISTRICT COURT

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

KENNETH L. FUDGE, JR.,
a/k/a Kenneth L. Fudge, II.

## WAIVER OF INDICTMENT

CASE NUMBER: CR-08-0303 CW

I, KENNETH L. FUDGE, JR. , the above named defendant, who is accused of

knowingly and intentionally using a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a), specifically, distribution of a Schedule II controlled substance, namely, approximately 5.1 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 6/18/2008 _____ prosecution by indictment and consent that the pro-
                          Date

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 6-18-08
                  Judicial Officer