UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** David Disbrow, pro tem
**Date:** 6/18/08

**Plaintiff:**  United States

v.                                                           **No.**  CR-08-00303 CW

**Defendant:**  Kenneth Fudge, Jr. (present - in custody)


**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Rebecca Silbert


**Hearing:  Change of Plea and Sentencing**

**Notes:**     Defendant enters under oath plea of guilty to the single count felony information charging violation of 21 USC 843(b) - Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking.  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  Defendant waives his right to a PSR and requests immediate sentencing.  Based on binding plea agreement and agreement of the parties, the Court finds Offense Level 21, Criminal History 2, leading to a Guideline Range of 41-51 months.  The Court sentences the defendant to the low end of 41 months custody of AG to be followed by one year supervised release under the ususal terms and conditions and the special conditions the defendant participate in drug and alcohol treatment and testing as directed by probation officer, submit to search as set forth in plea agreement, and submit to DNA testing.  No fine imposed due to lack of ability to pay a fine; Court imposes $100 special assessment due immediately, but may be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter.  Underlying indictment is dismissed.  Court will recommend RDAP and designation to a facility close to the Bay Area.  Defendant remanded to custody of U.S. Marshal.  See J&C for details.


Copies to: Chambers